IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| BASIL ABDUL RASHEED, JR., <br>    Plaintiff <br> <br> v. <br> <br> CITY OF TEXARKANA, AR; CITY OF TEXARKANA, TX; U.S. JUDGE SUSAN O. HICKEY; U.S. ATTORNEY BENJAMIN WULFF; DEFENSE ATTORNEY JOHN M. PICKETT; JAMES RUBLE LITTLE; AMY DARLENE BRYANT; LOMAX; OFFICER DARREN MICHAEL JONES; SHERIFF JACKIE RUNION; WARDEN JEFFIE WALKER; MILLER COUNTY JAIL; and OFFICER FREEMAN <br>    Defendants | Case No. 4:17-cv-04057-PKH |

**MOTION TO DISMISS OF DEFENDANTS,
CITY OF TEXARKANA, TEXAS AND OFFICER DARREN JONES**

TO THE HONORABLE COURT:

  Defendants, The City of Texarkana, Texas ("Texarkana, Texas") and Officer Darren Jones, incorrectly named as James Darren Michael ("Jones"), submit this Motion to Dismiss under the Federal Rules of Civil Procedure, Rules 12(b)(1)(2)(5) and (6) and other grounds, seeking dismissal of all causes of action for the following reasons:

  1. The Plaintiff, Basil Abdul Rasheed, Jr., lacks standing under Fed. R. Civ. P. Rule 12(b)(1).

  2. This Court lacks personal jurisdiction over Texarkana, Texas and Jones under Fed. R. Civ. P. Rule 12(b)(2).

  3. The Plaintiff fails to state facts that establish a plausible claim under Fed. R. Civ. P. Rule 12(b)(6).

4.	Officer Jones is entitled to qualified immunity from any federal claims brought under 42 U.S.C. § 1983.

5.	The Plaintiff fails to state a plausible claim of municipal liability against the City of Texarkana, Texas.

6.	The Plaintiff has not properly served Officer Jones or the City of Texarkana, Texas under Fed. R. Civ. P. Rule 12(b)(5).

WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Texarkana, Texas and Officer Darren Jones, move that all causes of action be dismissed with prejudice, Plaintiff take nothing by his lawsuit and for such other relief to which these Defendants may be justly entitled.

Respectfully submitted,

By:	/s/  *Robert W. Weber*
**ROBERT W. WEBER**, *Lead Attorney*
Arkansas State Bar No. 81227
E-mail: bweber@smithweber.com

**SMITH WEBER, L.L.P.**
5505 Plaza Drive
Texarkana, TX 75503
Telephone:	903-223-5656
Facsimile:	903-223-5652

**ATTORNEY FOR DEFENDANTS,**
**THE CITY OF TEXARKANA, TEXAS**
**AND OFFICER DARREN JONES**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of this document has been forwarded to the following on this 16th day of August, 2017 via the CM/ECF system or regular U.S. mail:

Basil Abdul Rasheed, Jr.
205 Brown Street
Texarkana, TX 75501
*Plaintiff Pro Se*

                */s/ Robert W. Weber*
                Robert W. Weber