# AFFIDAVIT

STATE OF Texas  
COUNTY OF Bowie

In The United States District Court
For The Western District of Arkansas
Texarkana Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 11 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

I, Basil Abdul Rasheed Jr. _____ after first being duly sworn, do hereby swear, depose and state that:

Basil Abdul Rasheed, Junior;
Demetrius Allah Stanley, et.al "Confined"
Plaintiff;

V.                                                            Case No. 17-4057

Texarkana, Arkansas, City, County, State, ADC...
Texarkana, Texas, City, State;
U.S. Judge Susan O. Hickey, U.S. Attorney Benjamin W. Juffa,
John M. Pickett; Derivative entrapment; Public Safety
Investors Names unknown, Amy Darlene Bryant, James
Ruble Little and Lomax, et.al unknown names...
Defendants

Respond To: Brief in Support of Motion to Dismiss
of Defendants, City of Texarkana, Texas and
Officer Darren Jones

Comes Now, Basil Abdul Rasheed Jr. ("Plaintiff") Pro Se,
in respond to the Motion To Dismiss.

1. Plaintiff's facts is not allegations, in Concern of
the City of Texarkana, Texas and Officer Jones: Officer Jones
acted Under Color of Law.

(i) On March 27, 2016 Officer Jones, This "I", "I", "I", responded to: Fact Saint Michael Drive. The 400 block is not A Intersection.

I further swear that the description of the incident contained herein, is a true, accurate and impartial description to the best of my knowledge, information and belief.

NAME: Basil Abdul Rasheed  
DATE: 9-11-17  
SIGNATURE: Basil A. Rasheed

CHRISTIE BROSSETTE
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 07-15-2019

Subscribed and sworn to before me this 11 day of September, 2017

Christie Brossette
NOTARY PUBLIC

My Commission Expires:
7-15-19

1

7. Documents ADC-CDC
Exibits

Attorneys: Rains, Nates, Holt & Saxton, P.O. Box 17250, 801 Technology Drive, Little Rock, Ar 72222, (501) 868-2500, Fax (501) 868-2505.
C. Burt Newell & John Myers, P.O. Box 1620, Hot Springs, Ar.
Rober W. Weber & Smith Weber, 505 Plaza Drive, Texarkana, Texas, 75503. (903) 223-5656, Fax: (903) 223-5652

Answer: 2. To interrogative no 2: All documents are is had by City, County, State and filed in U.S. District Court, 500 stateline Ave. 71854. all of which Plaintiff is need of.

Answer: 3. No oral or written statement, etc. by any one.

Answer: 4. Names and addresses of known and unknown listed in answer no. 1...

Answer: 5. $ 999,999,999.99.

Answer: 6. Sheriff Jackie Runion is mere Ron Stovall, no organization. U.S. mail, money, Time, Visits ever other week, (15) fifteen minutes. Travel, Inconvenients to Tax payers. No legal mail nor document that could be had to assist in the person confined, where as in the State of Arkansas. All is guilty till or Until proven Innocent. Respect of Religon Ictal...

Answer: 7. Defendents Sheriff Jackie Runion and warden Jeffie Walker, Both act under color of law, Rules of law, and the United States Constitution of America. Violations of Human Rights, Civil Right and Constitution. And, Sheriff Jackie Runion is the highest law official in his/Her Counties. The buck stones there! Just another Ron Stovall, Jeffie Walker is employeed by the State of Arkansas ADC. That means prison being Such Warden's Knows Prison Rules and Reglations. No unit can not allow all presoners mail unless on restriction, or in Solitary Confinnement. Being at such time of its end all mail is given to he/she.

Answer: 8. If there is or were such injury. How would you tell family, friend or associate. I was at the Plea Hearing Change of Plea Hearing, Event filed 03/20/2017. Date /set 04/20/17. ("Plaintiff") was at the hearing 04/20/17 at 09:00 Am ("Plaintiff"). At 2300 East Street, Texarkana, Ar. 71854. Request to See Warden Jeffie Walker, come out with a deputy Sheriff. My Son's head is Swolen and look like his Jaw is broken, it could had happen in the I think she said Pod? He didn't make a complaint, but I'll, will investigate. No one was at the hearing other than Self and employees acting under color of law.

## Prayer

I, Basil Abdul Rasheed do so pray for the right to trial by jury U.S.C. amendment 7. The instrument the Scale; Rule of law. Relief in the amount $999,999,999.99. As other relief light just and proper. Any and all motions be denied. In the light of trile by jury.

## Certitificate of Service

I, Basil Abdul Rasheed ("Plaintiff") hereby certify this September 11th, 2017. A correct filed dated copy is mailed after date filed in the United States District Court, by United States Postal Service. To

Rainwater, Holt & Sexton
P.O. Box 17250
801 Technology Drive
Little Rock, AR. 72222-7250
Telephone: (501) 868-2500
Fax: (501) 868-2500
Email: lewis@rainfirm.com

Kindest regards
Basil Abdul Rasheed
Basil Abdul Rasheed

| SO #  | BOWIE COUNTY SHERIFF OFFICE | Case Number # |
|---|---|---|
| 159449 | ARREST REPORT | T1102505 |

| Name | Booking Number | Date of Birth |
|---|---|---|
| STANLEY, DEMETRIUS ALAH | J16-002074 | |

| Race | Ethnicity | Sex | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|---|
| B | NH | M | BLK | BRO | 6 Ft. 1 In. | 175 |

| DL Number | Social Security Number | Place of Birth |
|---|---|---|
| Arkansas- | | KANSAS CITY, MO |

| Address | Telephone |
|---|---|
| ▓ Elizabeth ST 26 Texarkana TX 75501 | 903- |

| Occupation | Employer Name & Address |
|---|---|
| | REDACTED |

Case Number(s)
T1102505; T1601777

### VEHICLE

| YEAR | MAKE | MODEL | TAG | STORAGE |
|---|---|---|---|---|
| 2000 | Lincoln-Continental | | TVG515 | Bubba Green Towing |

| CHARGES(S) | | AUTHORITY (WARRANT #) | BOND AMT. | FINE AMT. | COUNTY OF ORIGIN | HOLD |
|---|---|---|---|---|---|---|
| F2 | PROB VIOL/POSS CS PG 1 >=4G<200G | 11F0664-202 | | | 202nd District Court | Local Warrant |
| E | HOLD OTHER AGENCY | | | | Arkansas Department of Corrections | Other Agency Hold |

| Arresting Officer | Badge # | Unit | Department |
|---|---|---|---|
| JONES, DARREN MICHAEL | 0254 | | TTPD |

| Arrest Date | Arrest Time | Arrest Location |
|---|---|---|
| 03/27/2016 | 2:04 AM | 400 Saint Michael Dr |

Witnesses / Other Officers

### EMERGENCY CONTACT

| Name | Relationship | Telephone |
|---|---|---|
| STANLEY, BESSIE | Mother | 903- |

| Address |
|---|
| ▓ LYNNWOOD DR Texarkana, TX 75501 |

### DETAILS OF ARREST

On this date I responded to the intersection of Saint Michael Dr and Stateline Ave to assist TAPD Officer Freeman on a traffic stop. I arrived on scene and made contact with Officer Freeman who advised that he had conducted a traffic stop on the suspect vehicle for expired registration. Upon making contact with the driver Officer Freeman identified the driver by his name and date of birth. Officer Freeman checked the driver by his name and date of birth through dispatch and the listed warrants were found and confirmed. The defendant was arrested and transported to jail. The defendants vehicle was impounded by Bubba Green Towing.

| Arresting Officer's Signature | Approved By |
|---|---|
| | |

9th, September 2017

The inclose came 9th, 8th, 2017. it was opened but I did not look at it. 1:24 9th 9th, 2017. I awaken with the number (8), eight. The word that come with was "monumental". Plaintiff's New College edition: "monumental" 1. Of resembling, or Serving as a monument. 2. Impressive: ie large, Sturdy, and enduring. 3. Of Outstanding Significance:... 4. Enormous and astounding:... 5. Fine Arts. Larger than life size.

The Book Opened to the word.

United States District Court Office of The Clerk, 30 S 6th Street room 1036, Fort Smith Arkansas, 72901-2437
Docket Text: Text Only Order directing the Clerk to refer this case to a United States Magistrate Judge pursuant to 28 U.S.C. °28US 636(B)(1)(A) and (B). Signed by Honorable P.K. Holmes, III On August 17, 2017.

Page 850. web have Monster. sixteenth-Century encyclopedic illustration. (5) five.

Another mailer Come. Disabled American Veterans P.O. Box 14301, Cincinnati, OH 45250-0301.
This is where that Old White head man came from to do what was done to Alec Wade Stanley, Sr. in 1983.

Basil, your contribution of $7 means so much to the 395, 220 disabled Veterans in Texas. Dennis.

"Do whatever You Do, Your not going to like what's coming to you!"

I went to my BaBy brother (3) three times. His hair had started to fall out. "Junior leave me the Fuck alone!" The next time I saw my brother he was in St. Michael Drive 2400. Hum that rings!!! Yellow is background. Any of a group of Colors of a hue ....... 8 and 9 Might Come. Fire!

The GOD I Serve" The less you do to one of mine, I'll take (10) of your best 1. Injury or damage 2. wrong: evil.
"I will take (10) ten of your best"

The 8/19/17, Dennis entered "intensive Care. POISON with "Uranium" Dennis had and A. Ever Since it was called that, The (60) sixty's. He was one is hairless. Cooked, Skin to Skeleton. Skin of an Alligator!
The (4) Element. Fort Smith Whiteman's country. Question did you not see "Word" Watch the Numbers: 7.8.9. I Can not stop anything. Just "Convey"

Basil A. Rasheed

R15

Mr Basil Rasheed
205 Brown St
Texarkana TX 75501

Royal

Sir: Daniel Thigner, Bi-State.
100 W. Broad Street
Texarkana, Texas 75501

75501-564499

08 JUL 2017 PM 3 L

Mr. Basil Rasheed
R   205 Brown St.
Texarkana, TX 75501

205 Brown Street
Texarkana Texas 7550

Demetrius A. Stanled
2300 East Street
Texarkana, Arkansas 71854

P.S. Do not signature! Not Oral Ditto Nuthing. These Criminals will do as will any-way!° Hell I ran out of Space Can not writ a Letter



**STATE OF ARKANSAS**
ATTORNEY GENERAL
LESLIE RUTLEDGE

October 10, 2016

Basil Rasheed
205 Brown Street
Texarkana, TX 75501

Dear Mr. Vaughn:

I am in receipt of your letter dated, October 3, 2016, concerning a complaint against the Miller County Jail

Although the Attorney General has no disciplinary or administrative authority over county jails, detention centers or sheriffs, I am able to provide you the appropriate steps to take to file a complaint.

The Jail Standards Division has authority to review complaints about the conditions and treatment at the county jails and detention centers.

Jail Standards Division
Criminal Detention Facilities Review
1515 West 7th, Suite 220
Little Rock, Arkansas 72203
(501) 324-9493
Fax: (501) 683-6919

Sincerely,

Leslie Rutledge
Attorney General

- BETTS Willie 401 Precinct Rd .... 903-547-7676
- BETTS-JOHNSON F DeKalb .... 903-667-2638
- Faye DeKalb .... 903-667-0626
- BETTYS PUBLISHING COMPANY 119 N Elm St, New Boston .... 903-628-7132
- BEULAH Smith 1010 Dan Haskins Way, Texarkana .... 903-306-2727
- BEVERS Betty .... 903-667-3255
- Bradly 355 Myrtle Springs Rd, Leary .... 903-223-9524
- BEVILL Tashina .... 903-585-3752
- BEWLEY Nolan & Eugenia 811 Hawkins St, Wake Village .... 903-831-3982
- Terry 204 Pump Station Rd, Ashdown .... 870-898-8659
- BEYER Arthur & Betty 4600 Creamer Rd .... 903-216-1421
- BEYOND FIERCE CHEER AND DANCE 930 N McCoy Blvd .... 903-628-0071
- BHI Khanh 3444 Union Rd .... 870-772-0259
- BI-STATE BAIL BOND 201 W Broad, Texarkana .... 903-794-2245

**BI-STATE JUSTICE BUILDING**
100 N State Line Ave
Emergency Services
- Bi-State Police Support Services Emergency Services .... 911
- Central Records & Communications Texarkana .... 903-798-3181
- Jail Texarkana .... 903-798-3199
- Emergency Management .... 903-798-3042
- Bowie County Offices
- Law Enforcement Records Texarkana .... 903-798-3181
- Sheriff New Boston Courthouse New Boston .... 903-628-6815
- Sheriff's Office Texarkana .... 903-798-3149
- Correction Center Texarkana .... 903-798-3505
- Community Supervision & Corrections Texarkana .... 903-798-3052
- Personal Bonds Texarkana .... 903-798-3019
- District Judge 5th District Texarkana .... 903-798-3004
- District Judge 102nd District Texarkana .... 903-798-3004
- District Judge 202nd District Texarkana .... 903-798-3006
- Justice Of Peace Place 1 (Talley) Texarkana .... 903-798-3006
- Justice Of Peace Place 2 (Hadaway) Texarkana .... 903-798-3038
- Civil Process Texarkana .... 903-798-3021
- Uniform Patrol Division Texarkana .... 903-798-3176
- Services Division .... 903-798-3177
- Texarkana Arkansas City Offices
- Police-Fire-EMS Emergencies .... 911
- Texarkana Arkansas Police .... 903-798-3130
- Chief Of Police .... 903-798-3128
- Police Administration .... 903-798-3128
- Criminal Investigation Division .... 903-798-3154
- Patrol Division .... 903-798-3130
- Services Division .... 903-798-3130
- Records & Communication .... 903-798-3181
- Metro Narcotics Hot Line .... 903-798-3098
- Warrant Office .... 903-798-3131
- Texarkana City District Court .... 903-798-3016
- Texarkana Traffic Fines .... 903-798-3015
- District Court Probation .... 903-798-3241
- Texarkana Jail .... 903-798-3199
- ADC Regional Corrections Center .... 903-798-3071
- Texarkana Arkansas Fire .... 903-779-4956
- Texarkana Arkansas Fire Department Administration .... 870-779-4956
- Texarkana Arkansas Police Texarkana .... 903-798-3130
- Criminal Investigation Division Texarkana .... 903-798-3154
- Chief Of Police Texarkana .... 903-798-3128
- Texarkana Texas City Offices
- Central Records .... 903-798-3181
- Texas Municipal Court Texarkana .... 903-798-3010
- Texas Traffic Fines Texarkana .... 903-798-3010
- Police Department
- Support Services Texarkana .... 903-798-3116
- Uniform Services Texarkana .... 903-798-3118
- Criminal Investigation Texarkana .... 903-798-3170
- Police Chief's Office Texarkana .... 903-798-3110
- Crime Prevention Office Texarkana .... 903-798-3114
- Building Manager Texarkana .... 903-798-3000

- BI-STATE JUSTICE CENTER 100 N State Line Ave, Texarkana .... 903-798-3006
- BI-STATE JUSTICE CENTER 213 Wood St, Texarkana .... 903-798-3702
- BIAS Ronald G 562 County Road 2109, Hooks .... 903-547-9854
- BIBLE MISSIONARY PARSONAGE 1002 Jackson, Texarkana AR .... 870-772-2603
- BIBLE WAY MINISTRIES 2502 S Lake Dr, Texarkana .... 903-794-0476
- Pastor Study .... 903-792-5015

- BIBLER Jeffrey 2815 Richmond Rd .... 903-832-1570
- BICE Don M & Sandy 3511 Skyline Blvd, Texarkana .... 903-832-8586
- M B .... 870-772-4469
- BICKERSTAFF Chris & Valencia 118 W Starlite Dr, Texarkana .... 903-223-1210
- BICKHAM Nona 275 Blocker Ln .... 903-792-8749
- Robert & Angie 931 B K Pickering .... 903-838-3571
- BICKLE Harry 404 Cody Ave, Wake Village .... 903-838-7921
- Todd 12 Fernwood Dr, Texarkana .... 903-306-0709
- BIDDLE Anthony 5411 Carpenter Rd, Texarkana AR .... 903-773-2796
- BIDDLE ANTHONY ATTY 3204 County Ave, Texarkana AR .... 870-773-3184
- BIDDLE C 1418 Lee St, Texarkana .... 903-792-8952
- D .... 870-772-1487
- Lessie 102-1/2 Garden Dr, Texarkana .... 903-832-2114
- Marcus Jr 304 E Short 21st St .... 870-774-9649
- Nathaniel RFD 11 .... 903-832-4615
- Takisha 3011 Linden Ave .... 870-216-0030
- BIDDY CAROLYN Hwy 82 West, Hooks .... 903-547-6852
- BIDWELL Mary 111 E 2 St .... 870-898-3573
- Terry 156 Tidwell Ln .... 903-547-2217
- BIELENDA Mark 3500 Buchanan Loop Rd, Texarkana .... 903-792-8890
- BIG A'S KLEAN KANS 138 CR 1214, Texarkana .... 903-671-2622
- BIG BROTHER BIG SISTERS DONATIO 2106 New Boston Rd .... 903-223-0099
- BIG DADDY'S DONUTS 401 NW Front St, De Kalb .... 903-667-7070
- BIG EVENT PARTY RENTALS 2519 Texas Blvd .... 903-334-7444
- BIG JAKES BBQ 170 N Constitution Av .... 870-898-2227
- BIG JAKE'S BBQ & CATERING 1521 Arkansas Blvd, Texarkana AR .... 870-774-0099
- BIG JAKE'S BBQ & CATERING 2610 New Boston Texarkana .... 903-793-1169
- BIG JAKE'S BBQ TEXARKANA 5710 Richmond Rd .... 903-792-6227
- BIG J'S PAWN 910 N Constitution Av .... 870-898-4646
- BIG LOTS 96 Oaklawn Vlg, Texarkana .... 903-223-1051
- BIG T CUSTOM UPHOLSTERY Hwy 82 W & I30, New Boston .... 903-628-3626
- BIGBEE Paul & Marian 41 Morning Dr, Texarkana AR .... 870-216-2526
- BIGGAR Brad & Nancy 20 Summer Ln, Texarkana .... 903-838-3555
- Craig & Jennifer 7214 N Richland Dr, Texarkana .... 903-794-1330
- BIGGERS Paul H 3698 N Rondo Rd, Texarkana .... 870-772-8723
- BIGGS C F CO INC 4096 Summerhill Sq, Texarkana .... 903-792-9826
- BIGGS R 120 S Corbin St, Ashdown .... 870-898-3585
- BIGHAM Mike & June 1518 E 48th St, Texarkana AR .... 870-772-4754
- BIGLEY Joan 5 Holly Ridge Dr .... 903-832-5579
- BIGLOW L .... 870-774-1147
- BIGONGIARI L .... 870-772-1158
- BIHL Kimberly 151 Red Oak Dr .... 903-585-5025
- BILBO Debra 14 Hidden Valley Rd .... 903-671-7704
- Debra 14 Hidden Valley Rd, Texarkana .... 903-255-7250
- Eddie 486 County Road 3204 .... 903-667-5784
- BILBRAY Donna & Jerry 113 E Main, Emerson .... 870-547-2018
- BILBY Hazel 2995 Hwy 73 W, Columbus .... 870-983-2549
- BILIMEK Charles 109 Medina Dr .... 903-838-2452
- Robert L Sr .... 903-585-2511
- BILLINGS J L 509 Cuem, Wake Village .... 903-832-4373
- Jimmy 7009 Forest Oak Dr, Texarkana AR .... 870-775-9242
- Paula Texarkana .... 903-794-1070
- BILLINGSLEY Amanda 162 Hwy 32-2A .... 870-898-3731
- Patricia 1912 Country Club Rd, Texarkana AR .... 870-216-1555
- BILLS Allen 19 Tamar Dr, Texarkana .... 903-832-3227
- BILL'S AUTO SALES 2815 East St, Texarkana AR .... 870-772-6212
- BILLS Benny 600 County Road 4129, New Boston .... 903-628-4755
- BILL'S CAR WASH 103 Redwater Rd, Wake Village .... 903-832-5785
- BILLS Gail .... 903-223-7780
- BILL'S TROPHIES & SIGNS 115 N Elm, New Boston .... 903-628-3116
- BILLY WALLER ENTERPRISES PO Box 192, Emerson .... 870-547-2514
- BILYEU Eric 1904 Olive St, Texarkana .... 903-794-5900
- BIMBO BAKERIES .... 903-832-9031
- BINGHAM D'ANDRA MD 5002 Cowhorn Creek Rd, Texarkana .... 903-614-3003
- BINGHAM Glen 6902 Tall Oaks Dr, Texarkana AR .... 870-773-3005
- Joni 6102 Polly Dr .... 903-585-5478
- Terri 6014 Beacon Hill Dr, Texarkana .... 903-838-9500

- BINKLEY Phillip & Susan .... 870-216-1914
- BINNICKER Lonnie L & Janet 414 Whippoorwill, Wake Village .... 903-832-1640
- BINNING Alan 702 Tri-State Rd .... 903-223-7074
- Debbie .... 903-585-9988
- Donald 712 Tri-State Rd, Texarkana .... 903-334-9525
- Elwood 2 Timber Oaks Cir, Texarkana .... 903-832-3495
- Or .... 903-223-5313
- Ronald 2906 Division Ave, Texarkana AR .... 870-330-4843
- BIRCHFIELD Chuck 1207 County Road 4910, Atlanta TX .... 903-728-5261
- BIRD Larry 169 Sherwood Acres Ln, Texarkana .... 903-223-5905
- Ronald 5704 Stoneridge Dr, Texarkana .... 903-838-8391
- BIRDSONG Frederick New Boston .... 903-628-2171
- Jimmy 1215 S Merrill St .... 903-628-0332
- Linda .... 903-628-0171
- BIRDWELL Charlene 6930 W New Boston Rd, Texarkana .... 903-838-4460
- D .... 903-547-9196
- Danny 79 PR 13966, Hooks .... 903-547-6865
- Emma 105 W Walters Blvd, New Boston .... 903-628-2862
- Howard T 2583 Farm Rd 1398, Hooks .... 903-547-6803
- K 10 Weatherby Dr .... 903-547-6755
- Larry 15571 State Highway 237, Texarkana .... 903-653-2412
- Mary & Terry 13551 State Highway 237, Texarkana .... 903-653-6684
- Ralph 13543 State Highway 237, Texarkana .... 903-653-2285
- T G 19 Lauren .... 903-832-4569
- BIRDWELLS 1107 S Merrill .... 903-628-2569
- BIRL Sally 400 Greenforest Trl, Nash .... 903-832-0193
- BIRMINGHAM Billy 139 Joe Thomas Rd .... 903-791-8642
- D .... 903-585-3422
- E R 211 S Lake Davis Dr, Texarkana .... 870-653-4643
- Evelyn 3311 Robin Hood Ln .... 903-838-9925
- L 987 CR 1205, Maud .... 903-585-5516
- BIRMINGHAM-LUSK Debbie 25 Shady Acres Ln .... 903-831-4780
- BIRTCHER Willard & Erma 5605 Summerwood Ln, Texarkana AR .... 870-774-0629
- BIRTS Iris 12 Timberwilde, Texarkana .... 903-831-7609
- BISCHOP Gregory 2603 Senator St, Texarkana AR .... 870-773-2303
- BISHOP Ashton .... 903-547-1668
- C .... 903-791-0051
- Chuck & Susan 6101 Ruston Rd, Texarkana .... 903-794-1794
- Donna 780 Garden Rd .... 903-547-9869
- Durward & Jessie 10567 US Highway 71, Fouke .... 870-653-2869
- Eric 1741 Caddo Cir, Ashdown .... 870-898-2005
- BISHOP ERIC T ATTY 171 W Main St, Ashdown .... 870-898-5058
- BISHOP ERIC W ATTY 171 W Main St, Ashdown .... 870-898-5058
- BISHOP Gene & Becky 651 N 3 St .... 870-898-5911
- Janie 1653 County Road 4120 .... 903-543-2113
- Jason 4607 Country Rd, Texarkana .... 870-773-6192
- John Brad 860 Miller County 43, Fouke .... 870-653-6551
- Johnny 1566 Miller County 217, Fouke .... 870-653-4674
- Mickey & Terri Ann 657 Little River 45 .... 870-898-5834
- N Suzanne 3243 FM 74, Atlanta TX .... 903-728-5930
- Phil 2903 Hazel, Texarkana .... 903-794-4979
- Priscilla 11 Holiday Ln, Texarkana .... 903-792-7556
- R 3203 Hazel St .... 903-793-4113
- Stacy 701 Oats St, Texarkana AR .... 870-772-1797
- Timothy 108 Cayman, Texarkana .... 430-200-0152
- BITTICK M Ann PO Box 70, Washington .... 870-983-2573
- BITTLE Joe & Nancy 3439 Miller County 17, Fouke .... 870-653-3439
- BITTORF K .... 903-793-5701
- BIUS Janet 47 Eylau Hills Rd, Texarkana .... 903-831-5997
- Kirk & Stacy .... 903-334-9903
- BIVENS Ernest 4100 Moores Lane .... 903-838-4987
- BIXLER MARK 3193 Miller County 18, Genoa .... 870-653-3382
- BJ'S DIVA 2125 E 9th St, Texarkana AR .... 870-774-1309
- BJS LIQUOR 3250 N State Line Ave, Texarkana .... 903-306-0399
- BLACK A Christian 4317 McKnight Rd .... 903-838-6436
- Bear L 1091 Miller County 26, Fouke .... 870-653-2371
- Billy H 7213 Stone Wall, Texarkana .... 870-838-1296
- Bobby & Sarah 125 Warren Thomas Rd, Texarkana .... 903-793-8386
- Brent 6253 Daniels Chapel Rd, New Boston .... 903-628-0699
- Chet 1718 Plantevigne Dr .... 903-792-1812
- Chris .... 430-200-2551
- Christine 314 Hwy 195 S, Washington .... 870-983-2240
- Christine 7022 Hwy 278 W, Ozan .... 870-983-2240
- Darren 734 Pump Station Rd .... 870-898-8671
- Edward 845 N Rondo Rd, Texarkana AR .... 870-779-9449

- BLACK Elvis 611 Miller County 23, Fouke .... 870-653-4291
- Euna Jean 7126 Miller County 22, Texarkana .... 870-653-4181
- G C & Nettie E 5309 S Kings Hwy, Texarkana .... 903-838-9766
- Gary 1511 Olive St, Texarkana .... 430-200-0155
- Glenna 1206 Pierre St, Texarkana .... 430-200-4364
- H R Rondo Rd .... 870-772-8993
- Irillar 5120 Hwy 276 W, Washington .... 870-983-2208
- Janice 5205 High Dr, Texarkana .... 903-832-4241
- Jeffrey 5617 Wyatt Ln, Texarkana .... 430-200-0390
- Jeffrey S 5617 Wyatt Ln, Texarkana .... 903-225-3223
- Jeremy 1921 Line Ferry Rd .... 870-772-3351
- Jerry C 4604 Dove Hollow, Texarkana .... 903-838-4604
- Jill 4604 Dove Hollow, Texarkana .... 903-838-7997
- Joe & Monica, Texarkana .... 903-223-6131
- Jon 415 Wake Forest Dr, Wake Village .... 903-306-2648
- Linda 252 Private Road 13142 .... 903-223-9825
- M Texarkana .... 903-792-7874
- M E 2505 Bender Rd, Texarkana .... 903-791-8982
- Philip D 5208 E 9th St, Texarkana AR .... 870-772-1518
- Rashanda 3912 Ivy Ln .... 903-334-9263
- Ricky .... 903-671-3506
- Robert 350 Peacock Dr, Ashdown .... 870-898-3127
- S 3217 Bright St .... 903-223-9724
- **BLACK SCOTT MD** 1002 Texas Blvd, Texarkana .... 903-794-8820
- BLACK Shirley 905 Euclid St, Texarkana AR .... 870-330-0225
- Stacey 415 Wake Forest Dr, Wake Village .... 903-838-3900
- Susan 33 Big Oak Ln, Texarkana .... 903-223-5620
- Thelma 3335 Nichols Dr, Texarkana .... 903-792-2987
- Violet 3204 Beech St, Texarkana AR .... 870-773-2338
- Welton 10 Sarah Ln, Texarkana .... 903-832-2726
- Willie 544 Black St .... 903-898-2590
- Willie 2022 Division Av .... 870-775-6425
- Willie Jr 1718 Plantevigne Dr .... 903-792-6512
- BLACKBURN Jim & Jo PhD 3 Lauren Dr .... 870-772-2688
- John W & Reba 2475 FM Rd 44 E, DeKalb .... 903-667-3968
- BLACKBURN USED CARS 5445 N Park Rd, Texarkana .... 903-792-2277
- BLACKFORD Alvin 302 S Elm St .... 903-628-0274
- BLACKMAN Glenn E 19776 State Highway 237, Doddridge .... 870-691-2408
- J C & Mary 17019 State Highway 237, Doddridge .... 870-691-2541
- Paul 19772 State Highway 257, Doddridge .... 870-691-2874
- R Craig & Marilyn .... 903-585-2264
- BLACKMON Carolyn J 220 Bledsoe St, DeKalb .... 903-667-2908
- Cody 1295 Miller County 26, Fouke .... 870-653-3786
- Don & Bettie 2574 Miller County 26, Fouke .... 870-653-2989
- Odis 1875 Belmont Av .... 870-898-2245
- P .... 903-667-2598
- Paige 17 Lynda Ave, Texarkana .... 903-794-4436
- BLACKSTONE W M & Dana 2668 CR 4234, DeKalb .... 903-667-3687
- BLACKWELL A .... 903-832-9522
- Burnice Allen Lane, Texarkana .... 903-794-9445
- C .... 903-838-4763
- C Texarkana AR .... 870-773-1294
- Clarence 216 W Macedonia Rd, Texarkana .... 903-334-8279
- Curt .... 903-838-0171
- Curtis & Brenda 5301 Blackwell Rd .... 870-772-8023
- James H 1669 Miller County 5, Doddridge .... 870-691-2376
- Lewis 1356 Loncke Ave .... 870-773-0035
- Mary L 3312 Jones St, Texarkana .... 903-793-5402
- O .... 870-772-5663
- Richard 403 Cantrell St, Nash .... 903-306-0184
- Robert 3417 Jones St .... 903-791-1692
- Ruth 26 Sunset Cir .... 903-832-4815
- Sherisha 120 Hood St .... 903-223-9064
- William 3110 Leopard Dr, Texarkana .... 903-223-9010
- BLACKWOOD Brent & Darcy PO Box 977, Texarkana .... 870-653-2040
- Darcy .... 903-838-7592
- BLACKWOOD SERVICES GROUP 430 Spruce St, Texarkana .... 903-793-6667
- BLADO James 10 Pine Hill Cir, Texarkana AR .... 870-774-0020
- BLAGG Marilyn .... 870-773-0021
- BLAIN Chad 7305 Gunstock Rd, Texarkana .... 903-223-7397
- Nick .... 903-832-4620
- BLAIR D R Texarkana .... 903-223-7062
- Joanna 6703 Lawson Cir .... 903-832-9511
- Kirk 7410 Sanderson Ln, Texarkana AR .... 870-773-1017
- Nancy 350 County Road 3203 .... 903-667-9148
- BLAKE Amber 607 Rolling Ridge Dr, Texarkana AR .... 870-216-0053

Case 4:17-cv-04057-PKH   Document 15   Filed 09/11/17   Page 9 of 12 PageID #: 91



205 Brawn Street
Texarkana, Tx. 75501

Mr Basil Rasheed
205 Brown St
Texarkana TX 75501-6507

Rasheed



Mr Basil Rasheed
205 Brown St
Texarkana, TX 75501

Denetrius A. Stanley
234 East Street
Texarkana, Ar. 71854

Ok. Mr. Big Pig Iorns,
I do so pray all is well with you? You Bailing of your prayers? I'll not him. Your Black Ass had better get it, I'll Pig Iorns.

Demetrius A. Stanley,         The Civil Right Act. 42 U.S.C. 91983

V.

Unknown Defendants et.al

II. Place of Present Confinement answer and address - Answer Questions A.___ B. 1.___ 2.___ 3.___ 4.___ 5.___ 6. The Date Mailed Unknown et.al.                B.___ C. 1. 2. A. D. III. A. Boe 3 Defendants

III. Statement of Case
All unknown defendants acts under color of law and
IV action was. Entrapment, No. (1890), Lawenforcement
officers or government agents (inducement) to comm. of a
Crime. Amy, Bryant, James, Little, Skip Lomax.
Ok agents' inducement of persons' to comm. it a Crime. Fe
V. Rel.

The Cause Federal be Dism'issed and I be allowed
to serve State Obligation and Amount of Damages
required to file suits in Federal Court Unknown.

Date and Signature Pig Iorns
Basil R. Goshea              U.S. District Court Arkansas
                             500 n. State line Ave.

Basil A Rasheed
205 Brown St
Texarkana, TX 75501-6507

205 Brown Street
Texarkana, Texas 75501

Mr. Basil Rasheed
205 Brown St.
Texarkana, TX 75501

Demetrius A. Stanley
230 East Street
Texarkana, Arkansas 71854

## Deadlines/Hearings

| Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Doc. No. |
|---|---|---|---|---|---|
| ● Change of Plea Hearing dft: Demetrius Allah Stanley | 03/20/2017 | 04/20/2017 at 09:00 AM | | | |

Well Son,

Know I suppose you see why I inquired as to if either I could read. How many times did I not tell you not to do what you did April 20th, 2017. Did I not inform you that John Pickett is a Klansman. And that in 1989 he sent me to prison when the victim whom robbery attempted his raping computation beaten till face tenderized, slashed, but-up, by a T.H. and I'm assured the same night. By a Gigi released to return to Dallas, Texas. By Melt Kerson prosecuting attorney John Pickett's twenty-nine (29) years ago that Billy Madden Susan Hickey employed him to insure a wrongful Bias racism by victim. 2017 John Pickett is no longer listed home nor attorney Debbie Toll-arkana windstream directories. I suppose he will relocate to Satan's. I roll's con-niptions to 205 Brown Street and shopped just as Texarkana Police swat has begun to marriage license, marriage, and divorce modest. V.A. records remove logged social security, federal military records hospital good gossip Army Air Force My Chit will be in Heaven Head Hellbound Hoopla Security Kits Bessos BS Bis Army if All the hell I can getting. Then Arkansas criminal code statue of limitation:

1) with in one (1) year after the offense. Trial DeOea Hearing
2) A prosecution commenced when an arrest warrant or other process is issued based on indictment, information, or other charging instrument, provided that such warrant or process is sought to be executed without unreasonable delay.

That you been listing this if information, do other Hr. Things. You would be home. son, I have been in the united states Supreme court with Louise's three (3) time two (2) time... Ent in One (1) Entering