In The United States District Court
Western District of Arkansas
Texarkana Division

Basil Abdul Rasheed                                    Plaintiff
Vs.                              No. 4:17-CV-4057-
Sheriff Jackie Runion;
Warden Jeffie Walker;

**AFFIDAVIT**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 14 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

**STATE OF ARKANSAS**     )
                          )   KNOW ALL MEN BY THESE PRESENTS:
**COUNTY OF MILLER**      )

BEFORE ME, the undersigned, a Notary Public in and for said County, State of Arkansas, on this day personally appeared Basil Abdul Rasheed to me well known to be a credible person, and who, after being duly sworn, on his/her oath did state: Respond To Defendant's Motion To Dismiss

Comes now Plaintiff, Basil Abdul Rasheed, Jr. ("Plaintiff"), Interrogatories to Plaintiff.

Answer no. 1. Basil Abdul Rasheed, Jr. 205 Brown Street, Texarkana, Texas 75501. (903) 793-4564. Demetrius Allah Stanley, 2300 East Street, Texarkana, Ar. 71854. All confined at 2300 East Street, Texarkana, Ar. 71854. Officer Tanner Freeman, TAPD, 100 N. state line Ave. 71854. (903)-798-3130 Jones Darren Michal, TTPD, 100 N. state line Ave. 75501. (903) 798-3128 U.S. Attorney, Benjamin Wulff, 500 state line Ave. Texarkana Ar. 71854 Attorney, John M. Pickett. 4122 Texas blv. (903) 794-1303 Public Safety investors, names address, phone number ("Unknown") Amy Darlene Bryant, James Ruble Little, Skip Liomat, Address Phone numbers ("Unknown"), Texarkana, Arkansas. 100 N. State line Ave 75501. (903) 798-3128. County, 2300 East street, Texarkana, Ar 71854. (903) 798-3011 Sheriff Jackie Runion and warden Jeffie Walker same as known listing. U.S. District Judge Susan O. Hickey. 500 state line, Texarkana, phone "Unknown".

Basil Abdul Rasheed
Basil A. Rasheed

SUBSCRIBED AND SWORN TO BEFORE ME, this 11 day of September, 2017.

(SEAL)
My Commission Expires:

Christie Brossette
NOTARY PUBLIC in and for Bowie
County, Arkansas

7-15-19

CHRISTIE BROSSETTE
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 07-15-2019

1.

That is in the State of Texas, in Violation of Boundaries of States, Established. Territorial Jurisdiction lines drawing.

(ii) Paper. Paper. Paper. will Attempt to Supplant it... Rollin M. Perkins & Ronald N. Bouce Criminal law 1161 (3d ed. 1982. 400 St. Michael Drive is in the State of Texas and Not the intersection.

The defendants' attorney Robert W. Weber @ Smith Weber. to name name city of Texarkana. Texas and Jones. adder and abet.

This is not 1555, as a slave. One had no voice in concern of One's wife. The Old or Young Plantation Owner. Went to the Slave Quarters jump in bed with both. Get up nigger.

Should any feel I am that nigger. Hum. ("Plaintiff") will not sit by the way side. Where Confederate's had "Entrap" My Son. Entrapment. n. (1899) A law enforcement officer or government officer or government agent's inducement of a person to commit a crime. by means of fraud or undue persuasion, in attempt to latter bring a criminal prosecution against that person. (Cases Criminal law ⊂ 37.7.2. Trap V. ...

B. Rule 12(b)(2) and lack of Personal Jurisdiction.

Resident or non-resident. Officer Darren Jones and Officer, Tanner Freeman. The employer, Of Jones is TTPD, City of Texarkana. Texas. The employer of Freeman is TAPD. The (2). two city's so joined at the "hip" do not Subordinate. The U.S.C. A.S. Can be Violated nor rule of law! Ku Klux Act. Federal Statue creates civil liability for interfering with a person's civil rights. 42 U.S.C. A.S. 1985(3). Attempt to Supplant it... Rollin M. Perkins & Ronald N. Bouce Criminal law 1161 (3d ed. 1982 Criminal ⊂ 37.5, 37.2.1. All actors' in the Cause: 17-4057 act under Color of law. 42 U.S.C. A.S. 1983. Civil Rights Violations, Human Rights and U.S.C.A. The Constitution. "Genocide" is Fact in the descendant of X-Slaves "Stanley" Dennis Wayne Stanley Poison Uranium. ("Pickett") "He's a young man. We're Old he can do it". Demetrius A/IAH is (41) fourty One Years Child production age and Federal Sentences. Kills reproduction. Such as My grand son Gabriel One of the other Childrens. Which the Old Caucasian grandmother denial of Grand with Hue to see!

2

There was a time when them old Caucasians' grand Kicked the woman Out and child with 1/10 of Hue. Being no Such when it Come's to Hue. Black is the duplication of the Universe. The Only thing Caucasians do not have and wont and Can' not get. And the peoples with Hue is and are hated for. The the Kid-nap of these of these Childrens will not allow the deliever into the Hereafter. Nature and Elements: U.S. Miss. 1992-1992 Purpose of § 1983 is to deter State actors from using badges of their authority to deprive individuals of their federal guarnted rights and to provide "relief" to Victms if Such deterence fails. 42 U.S.C.A. § 1983. Wyatt v. Cole, 112 S.ct 1827, 118 L.Ed 2d 502.

C. Rule 12(b)(6)-Plaintff has failed to state a Claim upon which relief may be granted: Well or Hell. Demetrius ALLAH Stanley is my Son. Should you not have Knowledge Alex wade Stanley Jr. Basil Abdul Rasheed Visits' to Hell, Light in the glass. right to life, War. Caucasian, as On the East Cost" Poppy Opium addicted." No One Goes to Jail, treatment. The Prisons is bympacked with crack users and pot. merijuana etal with Hue.

True as is mister "King" and most with degrees. lovefully being Kicked in their posterior. "Say it loud" I disliked that man. Having full Knowledge of Confederates' at work and Conspirators' (Plaintiffs) view as being Vision all Concern "custumal" No Were and When a Complaint light's initiation, Police, Prosecution and Judges, iniquitous. Most have the (3rd) third degree and have no Knowledge of Brick nor Stone laying. Sad, Sad, Sad! This war and there is but One Judge. The (4) four Elements has been Seen. wind and water! What this will Come to? Is the printing of paper with demonations. No Gold backing. This ends it. "China" wants its debt in and wants Gold. Food for thought. "Hurricanes" Starts to form the west cost of "Africa and do follow John Hawkins Red Ship Jesus to the East Coast of islands and Plantation. Florida. This will be a year to remember.

None have immunity where and when you "act Under Color of Law" and Violate the United states of America Constitutions Rule of Laws. The "Seale"; Right: Human and Civil.

3

### D. Plaintiff fails to allege municipal liability Claim.

There can be no incorporation of any (2) two States within the United States. Territorial Jurisdiction. Boundary's lines drawn. Tho the (2) two States were of the "Confederacy" Arkansas and Texas. The Confederacy lost the "war".

Tho the peoples who take the Oath to be employed as A Police, Prosecution, Judges. As a peoples with Hue. All Cost is higher with exceptions Wages'!"

<u>Federal Rules of Civil Procedure</u>:
Rule 12(b)(1); Rule 12(b)(6). Then to Artical 2.124(b), Complaint Under 42 U.S.C. § 1983.

All addresed with ('Plaintiff's"), Respond and Ansuder To: Defendants, Interrogatories To Plaintiff.

### Conclusion

Saying hear. There where are true. "Hand, fist and Glove. Police, Prosecution, Judge. The Blood over the Dead "Black Dog placed in Front of My House. I call "911," and told them to get it!" The did. The "Try Th" paper trail, At's there "Comity". As I Statement Sometime ago. I asked for wind North of I-30, Texarkana, Texas, It did not Come. C.I.D. Smith "We'll talk about the (2) two heater 201 Broadnette was mailed A-Affidavit. The (4) four Element.(2) two Came to "Wind Or water. ealse where Sheriff: Ron Stovall was told he would not be re-Elected, and Something was coming to Miller County. Perhaps, he will Share my Mail with you. ("Pike FFS") and I meet At 2300 East Street. What was he there for. All Concerned. The Children. Suffer because of the Sins of the Father. There is no Better Only Worst.

King James: 1611- Gen 37-9, "The Revelation of Saint John the Divine: Revelation 17-5. Read the Book. it's Short 22 Chapter s'.

The Qur'An Chapter 12 Joseph Mall La Na Muhammad ALF. ALI Foot Note 1213. (3) Three Directions. "Law. 2. light. 3. Knowledge.

## Certificate of Service

I ("Plaintiff"), hereby certify that a copy of the foregoing is filed with the U.S. District Court Clerk. This date of September: 14th, 2017. All Attorneys' in concern of Cause 4:17-CV-04057-PkH. Will be Mailed U.S. Postal Service a True and Corrected Copy of the Motion Dated Filed. ("Plaintiff"). Paid the 49¢ due Postage to pervent return. All Good.

The Text: I have no control of Pen. However prayer was answered. The Russian's is allowing ("Plaintiff's") to Fight the "War", by Staying Out of My Home yet Sealing out of Storage Building the new never used Comode Plunger. The Tool.

The sad thing about this, What was done to my brother. Hum. The Law of Opposits and The Four Elements. C. Burt Newell, John R. Myers: Attorneys: 211 Hobson Avenue. Hot Springs. Ar. 71902-1620 . John M. Pickett, 4122 Texas Blvd. Texarkana. Texas, 75503

By: Basil Abdul Rasheed
Basil Abdul Rasheed

P.S. I have "little" to no communication. "Mail" "Phone" Computer.

Well, Hell. How many Million's is without Plantation (Florida). Look at The State. More To Come Keep up the Good-Work! The Song Be Careful What You Do!

