AFFIDAVIT

STATE OF ___Texas___ )
)
COUNTY OF ___Bowie___ )

In The United States District Court
For The Western District Of Arkansas
Texarkana Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 15 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

I, _____, after first being duly sworn, do hereby swear, depose and state that.

Basil Abdul Rasheed, Junior
Demetrius ALLAH Stanley, ectal "Continued"
Marshalls
V.                                        Case No. 17-4057
Texarkana, Arkansas, City, County, State, ADV...
Texarkana, Texas, City, state;
U.S. Judge, Susan O. Hickey, U.S. Attorney Benjamin W, Witt,
John M. Pickett, Derivative entrapment, Public Safety,
Investors Names unknown, Amy Darlene Bryant, James
Ruble Little and Lomax, ectal unknown names...
Defendants

Respond To The Motion To Dismiss Defendants
city of Texarkana, Texas and Officer Darren Jones

Now Comes, Basil Abdul Rasheed ("Plaintiff") Prose. In this un-
Presidented War. Ruthless and Criminal With No respect for, the
United States Constitution of America. Rule of Law, Human
Rights or Civil Right. The Relentless obsession of Genpride of Peoples
Hue. I have Only Phone Service Texarkana allows. tho I Pay the Bill
U.S. Mail tho I purchase Stamps. limited internet no information
changing the spelling of the word. Do what You Do.' This will be A
Year To Remember 17 seventeen 18-19 it will not get better. Do any
One have the Knowledge of Number? Msme Bryant asked what this
7/17. "Williams"

I further swear that the description of the incident contained herein, is a true, accurate and impartial description to the best of my knowledge, information and belief.

NAME: Basil Abdul Rasheed

DATE: September 13th 2017

___Basil A. Rasheed___
SIGNATURE

Subscribed and sworn to before me this ___13th___ day of
___September___ ___2017___

___Debbie Rose___

My Commission Expires:
| 07/10/2018 |.

NOTARY PUBLIC
DEBBIE ROSE
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-10-2018

1.

This year will speak for it self. Thanks to your Rubbins, Confederates Minoans and Jinn's. Whats to be done this year is count. How Many Million in Florida Plantation is with out Phone, Internet? Can't go to the Post office.

<u>1. Plaintiff's Fact Allegation Against The City Of Texarkana' Aand Jones.</u>

1. I Saw. I. I. is no arresting officers Signature / nor approved by Signature. Well- Hell. Hell- well. Just do the durn thing. S0459449 Booking no. J16-002074. Case no# T1102505

2. Bper lie as so the Mouth. Only "Privilege People do both. Officer Darren Jones. Acts under Color of law. Condict under "Color of Law: Deprived plaintiff of of Constitutional rights and the deprivation Occurred without due Process of Law." 42 U.S.C.A. 1983. Rhods v. McDannel, 945 F.2d 117... All those Special people. There is but One Booking Station, Which the State of Arkansas utilize. Doe's the State of Texas utilize that Same Station? Whom is Or what State's Officer Books. Arkansas or Texas? What Offical is in Charge Of Booking, Arkansas or Texas? Both States Occupying the Same Station at the same time and Space. That is in-Corporation in violation of Artical 13 Boundaries of States Established. Artical 4/9 State And Territorial Relation, Constitution of The United States of America.

Fact Texarkana's Plantation. No national News, Police, Murders. Lynching, Fig lied Murder. BI States Lynching, Death. ("Plaintiff") has Selected People he can Call. As of September, 13th 2017. My brother in faith and knowledge, the Number is deleted. (903) 556-3239. Agent, Wire Tap. Phone and inter net installation to remembrance after labor Day! What is The Fear Of One being by Million. (Plantiff") is Billed as all But retrived uses.

How many Millions have none in Florida Plantation and Other On the east Cost. (2) Two of the (4) Elements. Fire o4 West Cost. The Middle, Alum, This (17) Seventeen 7/17. Should 18-19 The Number Spectrum for those With Knowledge. The worst is will Come. "This will be A Year to remember disbelievers. It's On all Now. So Pile On.

<u>II Grounds for Dismissal</u>

Plaintiff's files, books, Various document, VA records Social Security records, Military records DD-214. Birth certificate, Marriage license. Parents Marriage license. On and On and On. Ruttan's. Burglary. common thief, Theft of cell Phone tools. Keys (2) sets. tho, none is Need. The Rutkins come and go at will. ("Plaintiff") have lock he can't open. Merely inconvenient inconvenience to the ("Plaintiff").

("Plaintiff") changed Service from windstream to Cable One. Due to the Hi-Jacking of Computer. Over (100) One hundred, (125), Wind Stream's technician had. My Computer for (2) without uses. Due to ("Plaintiff") "Ignorance". Sad to say. this Government Agent took total Control from wherever. At the time No Knowledge Cable-One is Satellite Controled. Controled "Phone" also. Wire Service GTE. Sold out to windstream. The Government Agent, Come out. Statement. "I have got to go and Hook up the Internet". "What do you mean go"? "This has not been done". This is a Special hook-up". "I know what the Hell you're doin".

Ok So now I pay my Bills all with wind stream. But ("Plaintiff") can not call the "FCC". Congressmen out of State. Not John Ratliff he started this "Machiavellianism". "Machination". "Uranium Uses on My family and Self." All this Hell because of A Book wrote about Texarkana. ("Plaintiff") has no standing. None Use of United States Mail Service, Local Calling the ("Plaintiff") But for long Distance Service. Limited Computer. "212"? It Make Me Hot!

Whatever this Conspired to Hell. all Name and Concerned from head to tail.

"We held that a Violation of the Fourth Amendment by federal federal agents give rise to a cause of action for (damages). consequent upon the unconstitutional conduct."

"A federal official who acted outside of his federal Statutory authority held Strictly liable for his trespassory act". Little V Barreme, 2 crunch 107. 2L. 1999. 29L.Ed. 2d. 619.

("Plaintiff") Child mean as much to he as you all mean to you. But do not have the luxury of the "Confederates". "You You, go on home tell your dad Officer —— Said hello! You, Daughter ——

However where the Constitution of these United States of America is Violated and the ineffective Counsel John M. Pickett Threats and intimidates My Son Demetrius Allah Stanley. A Muslim Race, Religion, Hate Discrimination.

3

B Personal Jurisdictions

Officer "Jones" "acts under Color of law" The Blue Wall
Blue lodge. Evil is what it is.

"No man in this Country is so high that he is above the
law". "No officer of the law may set that law at defiance with
impunity". "All the officer of the government from the highest
to the lowest, are creatures of the law, and are bound to Obey it"
Marbury v. Madison, (crunch 137. 2L. Ed. 60 (1803); Schever v.
Rhodes. 416 U.S. at 239-240. 94s. Ct At 1687-1688

C. Rule 12(b)(1). Lack of Standing; Rule 12(b)(2), Like of personal
Jurisdictions, 42 U.S.c.& 1983. C. Rule 12 (b)(6) Plaintiff has failed
to State a Claim upon which relief may be granted.

Efforts to Prevent (Plaintiff's) for-in the prosecution his.com-
plaint should be sufficient as prior "Litigious."

The lose of Thousands of dollors. Invention works. shoes.
Clothing, Tools. My Book. "Texarkana" Arkansas And Texas $40,000.00
Conspiracy. Forgery, Racism Progressive Slavery.

Congressman John Ratliff Started all this. Knowing he is A
Republican. Yet the congress man for my discrict. I Sought
he in the recovery of (W) sixteen Books Mailed "Certified Mail- Return
Receipt. (Plaintiff's) Signature the privacy form requested by he,
John Ratliff come to the Knowled Prior to, name change. (Plaintiff's)
name was Alec Wade stapleq Jr... The name change was due to "Religion".
Muslim the study of Islam. He lost his Rabbit. Poster or Mind
Had Uranium Placed in my home. I informed (upon) hundreds of
of the event.

Then february 4th 2016 The initiation of the Aig-1yeas was
initated on my farther in 1983. Descendant of X- Slave in
America. Attempted of "Plaintiff) february 4th 2016

("Plaintiff) do so Pay. whenever. whatever Knocks on
the "The Question will be asked. Why Me? Answer: Why not
you.

4.

In law students. is are told to paraphrase. to be brief to the point.

This day september 14th, 2017. Plaintiff filed a motion in u.s. District Court. Deputy clerk. M. Long. Long, 2008 civ. no. 5:08-W-192.

u.s. marshal Long. "Get your darn ass out of the Court house". ("Plaintiff"), did that. returned at record speed with Notary affidavit. The complaint statement what was said. Could this be the Write?

The statement made "You Peoples". Is not referring to all "Caucasian". Ibles. minions. Jinns. Those crawling around the ___. Saying, Satan. In 360°

"The You Peoples, is the Concerns of the complain. and the deniers of "Plaintiff's. uses of U.S. mail. Home Phone. Cell Phone. Computer. number the 'millions' without East coast.

Dennis. A masculine given name. that gone. So is left foot. "Uranium". Gone the Playground of this World. East Coast. ② Two Of The ④ four Elements.

There's these peoples - One's who is given $5,000.00 dollars to look the Other way. And there's, these or those who fail is the big fear. And y'ill do whatever not to go. However they is no more then A Used Condom.

D. Officer Jones enjoys Qualified immunity from any 42 U.S.C. 9 1983 claim.

("Plaintiff will not be repass. or is as Such. July 1, 1976. Congressional Record - Senate.

Mr. President, Sovereign immunity and these other technical defense to Suite against the united States have been around for years. But they cannot withstand the test of time." "They have tested the recources of the courts. rather than relieved them of burdens. They have often proved barriers to Justice rather than Vehicles for insuring reasonable and just results".

"Mr. Scalia's participation in the legislative effort reflects his - and I pleased to say. the Justice Department's - commitment to the best interest of the American public in this area.

"The whole concept of the people's Servants being immune from suit in the court's is an odious One, and I am happy to see that S. 800 takes A large Step tuward totally abolishing this Outmoded doctrine of law".

5

I. Plaintiff fails to allege a municipal liability under 42 U.S.C. § 1983.

All defendants in the cause. 17-4057 act under Color of law. In Marbury v. Madison (cranch 137. 163. 2 L. Ed. (1803). The L "the very essence of civil liberty Certainly Consists in the right of every individual to claim the Protection of the law.") 403 U.S. At 397. At S.ct, at 205 and stating that "[h]istorically, Damages have been regarded as the remedy for and invasion of personal interest in liberty") Id at 345.91 Act at 2004.

And act under Color of Office is an act an officer who claims authority to do the act by reason of his office does not confer on him who claims authority to do the act by of his office does not confer on him then Such authority. Maryland OFFErs v. McCormack KY. 488 S.W. 2d 347. 352. immunity. The Supreme Court has held that local Government can be sued directly under 42 U.S.C. A § 1983 for Monetary. Declaration or injuctive relief were "The action that is alleged to be unconstitutional implements, a policy Statement Ordinance. Or executes a policy Statement ordinance. Or executes a policy statement Ordinance regulations, Or decisions Official adopted and promulgated by body's officers" Monell v. Department of Social Service of N.Y. 429 U.S. 1071.97. S.ct.807. 50 L. Ed. 2d 799.

F. Rule 12 (b)(5) — Improper Service

In such actions and use: The Government is the United States of America and aggressor. Therefore limited U.S. Mail, Phone, Cell Phone and Computer! "Should The Peoples, Tax paying Citizen Mind ever Open they will View A Socialistic light. To deni Right and Services. payed Each month. Its no war When Bullys select people with Hue to Kid-Nap. Rape, Murder and Rob. Justice will Come. 17 a year to remember 18th. 19? Where Cost of Service Can not be Obtained from the Clerk nor U.S. Marshal???

Conclusion.

It is well known to start war. The United State Must have total "advantage". fear of death. The law of OPPosites and (4) Element. e Qual the Play Ground.

By: Basil Abdul Rasheed. Jr.
Basil Abdul Rasheed Jr

## Certificate of Service

I hereby certify that on this day 15th of September, 2017, Basil Abdul Rasheed Jr ("Plaintiff), Prose will mail U.S. Postal Service Copy of the foregoing to the concerns'.

Robert W. Weber,            G. Burt Newell
Smith Weber                 John Myers
5505 Plaza Drive            P.O. Box 1620
Texarkana. TX 75503         Hot Springs, Ar 71902
Telephone. 903-223-5656     (501) 321-2222
Facsimile 903-223-5652      Fax: (501) 624-0583

John. M. Pickett            Rain Water. Holt & Saxton
4122. Texas Blv.            P.O. Box 17250
Texarkana, Tx. 75503        801 Technology Dr.
(903) 794-1303              Little Rock, Ar 72222
(903-792-5098                (501) 868-2500
                             (501) 868-2505


                            Basil Abdul Rasheed Jr.
                            Basil Abdul Rasheed Jr,

7.