IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BASIL ABDUL RASHEED, JR.                                                      PLAINTIFF

vs.                                    Civil No. 4:17-cv-04057

CITY OF TEXARKANA,
ARKANSAS, *et al*                                                            DEFENDANTS

## ORDER

**BEFORE** the Court is John R. Myer's Motion to Withdraw as attorney for Separate Defendants City of Texarkana, Arkansas, and Tanner Freeman. (ECF. No. 31). C. Burt Newell and John R. Myers currently represent Separate Defendants, however, Mr. Myers has left his place of employment and requests this Court to allow him to withdraw as the attorney for these Defendants. Also, Jonathan C. Hill has filed an entry of appearance for these Defendants. Based on review of the pleadings, this Court finds said Motion should be granted.

**IT IS THEREFORE ORDERED** Defendant counsel John R. Myer's Motion to Withdraw as attorney for Separate Defendants City of Texarkana, Arkansas, and Tanner Freeman (ECF. No. 31) is **GRANTED** and he is allowed to withdraw from this case as the attorney of record for these Defendants.

**DATED** this **11th day of December, 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE