IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BASIL ABDUL RASHEED, JR.                                                                                    PLAINTIFF

v.                                                  No. 4:17-CV-04057

CITY OF TEXARKANA, ARKANSAS, et al.                                                        DEFENDANTS

## ORDER

The Court has received simultaneous reports and recommendations (Docs. 39, 40, 41, 42, 43, and 44) from Chief United States Magistrate Judge Barry A. Bryant. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motions (Docs. 6, 10, 13, 20, 23, and 28) to dismiss because Plaintiff lacks standing to bring these claims. The Court has conducted careful review of this case. All of Plaintiff's claims relate to a traffic stop involving his son, and Plaintiff's only basis for standing is his claimed "right to defend his son." The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motions to dismiss (Docs. 6, 10, 13, 20, 23, and 28) are GRANTED and this case is DISMISSED WITHOUT PREJUDICE. The referral of the pending motion for subpoena duces tecum (Doc. 46) is VACATED and that motion is DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 6th day of February, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE