UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BASIL ABDUL RASHEED, JR.                                                        PLAINTIFF

v.                                    No. 4:17-CV-04057

CITY OF TEXARKANA, ARKANSAS, et al.                                           DEFENDANTS

## **ORDER**

Plaintiff has filed a motion for final judgment. (Doc. 61). No response is necessary. Final judgment has already been entered in this case, on February 6, 2018. (Doc. 49).

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 61) is DENIED AS MOOT.

IT IS SO ORDERED this 28th day of August, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE